ORIGINAL FILED

2010 AUG 13 PM 3:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SA CR 10-0160

| UNITED STATES OF AMERICA, | ) SA CR No. 10-_____ |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) [31 U.S.C. § 5324(a)(3): Structuring Transactions to Evade Reporting Requirement; 18 U.S.C. § 2(a): Aiding and Abetting] |
| MANSOOR GHANEEIAN, | |
| Defendant. | |

The United States Attorney charges:

On or about the dates listed below, in Orange County, within the Central District of California, defendant MANSOOR GHANEEIAN, knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structured and assisted, aided, abetted, counseled, induced, and caused the structuring of the following transactions with a domestic

financial institution as a part of a pattern of illegal structuring of cash deposits involving approximately $300,000:

| COUNT | DATE | AMOUNT | TRANSACTION |
|---|---|---|---|
| ONE | 8/16/05 | $1,750 | Deposit of cash into Wells Fargo Bank account No. XXXXXX3784 |
|  | 8/19/05 | $4,910 | Deposit of cash into Wells Fargo Bank account No. XXXXXX3784 |
|  | 8/19/05 | $4,300 | Deposit of cash into Wells Fargo Bank account No. XXXXXX3784 |

TOTAL: $11,580

ANDRÉ BIROTTE JR.
United States Attorney

/s/ Robert E. Dugdale

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney