# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>8:10-CR-00160</u>　　　Recorder: <u>CS 09/13/2010</u>　　　Date: <u>09/13/2010</u>

Present: The Honorable <u>Robert N. Block</u>, U.S. Magistrate Judge

Court Clerk: <u>Joe Roper</u>　　　　　　　　　　Assistant U.S. Attorney: <u>Andrew Stolper</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MANSOOR GHANEEIAN<br>Summons | Patrick McGuiness<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant's first appearance.
Bond is ordered in the amount of a $5,000.00 Unsecured Appearance Bond.

Waiver of Indictment submitted, accepted by the court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge James V. Selna.
It is ordered that the following date(s) and time(s) are set:
　　Jury Trial November 9, 2010 at 8:30 AM
　　Status Conference November 1, 2010 at 9:00 AM
　　Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Order issued.

Trial estimate: 1 day.

PIA: <u>00 : 08</u>
Initials of Deputy Clerk: <u>JR</u>